UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEDRICK VALENTINE,

    Plaintiff,

v.

ALUDYNE, INC., et al.,

    Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-88

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Dedrick Valentine has submitted the following unsigned documents, in violation of Fed. R. Civ. P. 11(a):

Motion to Compel Discovery with Proof of Service – ECF No. [28], [29]

This documents will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Dedrick Valentine files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date: December 29, 2025

    /s/ Ray Kent
    RAY KENT
    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEDRICK VALENTINE,

    Plaintiff,

v.

ALUDYNE, INC., et al.,

    Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-88

**SIGNATURE PAGE FOR:**

Motion to Compel Discovery with Proof of Service – ECF No. [28], [29]

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.